IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE(S) and JANE DOE(S), on behalf of Themselves and others similarly situated, | }<br>}<br>} Case No. 2:22-cv-01736 RJC |
| Plaintiffs, | }<br>} |
| v. | } Judge Colville<br>} |
| PITTSBURGH REGIONAL TRANSIT f/k/a PORT AUTHORITY OF ALLEGHENY COUNTY, | }<br>}<br>} |
| Defendant. | }<br>} |

## DECLARATION OF MICHAEL CETRA

1. I am the Chief Legal Officer of Port Authority of Allegheny County d/b/a Pittsburgh Region Transit ("PRT"). I have personal knowledge of the facts stated in this Declaration. I am making this Declaration to submit in support of a Motion to Strike or in the Alternative to Dismiss the Amended Complaint in this case.

2. Attached to this Declaration as Exhibit 1 is the COVID-19 Mandatory Vaccination Policy that is referred to by the Plaintiffs throughout the Amended Complaint in this case. The Policy was posted on PRT's employee intranet site, known as Crossroads, on February 1, 2022.

3. Attached to this Declaration as Exhibit 2 is the General Notice communicating the Policy's issuance and posting to all PRT employees. This Notice was communicated to the employees by PRT company e-mail with instructions to PRT location management to post a hard copy of same on February 1, 2022.

4. In addition, PRT also mailed copies of the above-referenced Mandatory Vaccination Policy and General Notice to all PRT employees, along with a notice letter from

PRT's Chief Executive Officer, Katharine Kelleman, on February 1, 2022. A copy of the notice mailed to my home in my capacity as a PRT employee that was received by me on February 4, 2022 is attached to this Declaration as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2023

Michael Cetra

<u>Port Authority of Allegheny County</u>
**COVID-19 Mandatory Vaccination Policy**

In December of 2020, the United States Food and Drug Administration ("FDA") issued Emergency Use Authorizations ("EUAs") for two (2) vaccines that require two (2) doses to be effective, the Pfizer-BioNTech COVID-19 Vaccine and the Moderna COVID-19 Vaccine, for the prevention of coronavirus disease 2019 (COVID-19), which is caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) (together and with other vaccines referenced herein "the Vaccines"). The Vaccines were the first to be authorized for distribution and use in the United States for this purpose.

In February of 2021, the FDA issued Emergency Use Authorization ("EUA") for a vaccine that requires one (1) dose to be effective, the Johnson and Johnson Vaccine, which was the third vaccine to be authorized for distribution and use in the United States for the purpose of preventing COVID-19.

On August 23, 2021, the FDA provided full product approval for the Pfizer-BioNTech COVID-19 Vaccine. It is anticipated that the FDA will provide full product approval for the Moderna COVID-19 Vaccine and the Johnson and Johnson Vaccine at some point in the future. However, it should be noted as of December 16, 2021, the Centers for Disease Control and Prevention ("CDC") expressed a clinical preference for individuals to receive an mRNA COVID-19 vaccine – the Pfizer or Moderna COVID-19 Vaccines – over the Johnson & Johnson's Vaccine. Despite this preference, the CDC also continued to make clear that receiving any vaccine is better than being unvaccinated and that individuals who are unable or unwilling to receive an mRNA vaccine will continue to have access to Johnson & Johnson's Vaccine.

In March of 2021, Port Authority adopted a COVID-19 vaccination policy, which was amended and extended in October of 2021, that strongly encouraged but did not require (except for Port Authority new hires on or after October 1, 2021) Port Authority employees to be fully vaccinated. While this voluntary COVID-19 vaccination policy was somewhat effective, with approximately 75% or over 1,900 Port Authority employees receiving COVID-19 vaccines, approximately 700 employees still remain unvaccinated.

**After due consideration, Port Authority is now requiring all of its active employees to be and provide proof of being fully vaccinated (as defined herein) by no later than midnight on March 15, 2022. Failure to comply with this vaccination mandate could result in disciplinary action up to and including termination.** Port Authority will consider medical and religious exemption requests as required by applicable law; additional information is provided herein concerning the forms for submitting an exemption request.

Port Authority is adopting this COVID-19 Mandatory Vaccination Policy (the "Mandate Policy"). Port Authority reserves the right to amend and/or terminate, in whole in part, the Mandate Policy in its discretion at any time with notice to employees and labor unions representing same. This Mandate Policy replaces the prior voluntary vaccination policy in its entirety.



1 | Page

I. **Policy Statement.** It is the policy of Port Authority that all employees are required to become fully vaccinated against COVID-19 by no later than midnight on March 15, 2022.

II. **Vaccine.** For the purposes of this Policy and subject to further CDC action, "vaccine" shall be defined to include a vaccine which has received EUA or full product approval by the FDA for the purpose of preventing or otherwise reducing the severity of COVID-19.

III. **Fully Vaccinated.** For purposes of this Policy and subject to further CDC action, "fully vaccinated" shall mean having received 2 doses of the Pfizer or Moderna COVID-19 Vaccine or 1 dose of the Johnson and Johnson Vaccine.

IV. **Lump Sum Payment Incentive to obtain the vaccine.** All hourly employees and salaried employees, excluding the Chief Executive Officer and Senior Staff, who are fully vaccinated by midnight on March 15, 2022 will receive a lump sum payment of $200.00, subject to taxes and any other required deductions, upon providing written proof of a fully completed vaccine as set forth in Section VII of this Policy. Hourly or salaried employees who schedule and obtain the vaccine during the employee's normally scheduled work hours and provide the employee's supervisor or manager at least forty-eight (48) hours advance notice and obtain prior approval will be excused without pay for up to two (2) hours for each dose of a vaccine—to a maximum of four (4) total hours in the case of a two (2) or more dose vaccine– upon providing proof of vaccine receipt as set forth in Section VII of this Policy. Hourly or non-FLSA exempt salaried employees who have already received a COVID-19 vaccine prior to the effective date of this Mandate Policy, as defined herein, will also be entitled to receipt a lump sum payment of $200.00, subject to taxes and any other required deductions, upon providing proof of vaccine receipt as set forth in Section VII of this Mandate Policy within thirty (30) days of the effective date of this Mandate Policy, as defined in Section XIV of this Mandate Policy. The $200.00 lump sum payment provided under Section IV of this Mandate Policy will be paid to the employee in the pay period cycle following receipt by Port Authority of the employee's written proof of being fully vaccinated as set forth in Section VII of this Mandate Policy. The benefits available to employees under Section IV of this Mandate Policy will expire at midnight on March 15, 2022. Employees who have already received the $200.00 payment prior to the adoption of this Mandate Policy will not be eligible for any additional payment.

V. **Complete Vaccination Required and Medical and Religious Exemption Requests.** Employees must be fully vaccinated, as defined in Section III of this Mandate Policy, to be eligible for the benefits provided under this Mandate Policy. An employee who does not receive the second (2nd) dose of a two (2) dose vaccine shall be ineligible for the Section IV lump sum incentive payment.

As required by applicable law, Port Authority will also consider medical and religious exemption requests. A copy of Port Authority's Forms for considering such requests are available from your location management or on Crossroads under "Administratively Issued Policies" at the following link: https://crossroads.portauthority.org/sites/executiveoffice/PoliciesAndProcedures/Forms/AllItems.aspx. Exemption forms must be completed and submitted, as detailed more fully in the Forms, by no later than February 18, 2022, to ensure timely review and consideration prior to March 15, 2022.

VI. **Costs of Vaccination.** At this time, Port Authority anticipates that both UPMC and Highmark health insurance plans will continue to cover the full cost of obtaining the vaccine. If a vaccine provider attempts to charge an employee any out-of-pocket costs for obtaining the vaccine, the employee should promptly contact the Benefits Department to have this issue addressed.

VII. **Proof of Vaccination.** Employees must produce documented proof of being fully vaccinated, as defined in Section III of this Mandate Policy, by no later than midnight on March 15, 2022 to receive the payment incentive and days off incentives under Sections IV and Section VIII of this Mandate Policy. A copy of the employee's COVID-19 Vaccination Record Card or similar written proof of vaccination that does not contain any protected employee medical information should be submitted to your location supervisor or manager for Payroll recording and coding purposes. Employees who submit forged or otherwise fraudulent proof of vaccination may be subject to disciplinary action, up to and including termination.

VIII. **Protection from Vaccine Side Effects or Other Adverse Reactions.**
Employees who experience vaccine side effects or other adverse reactions to the administration of a vaccine under Section IV of this Policy only shall be provided with up to two (2) excused with pay days per vaccine dose—to a maximum of four (4) total excused with pay days in the case of a two (2) or more dose vaccine for consecutive contiguous days in which they are unable to work due to side effects or other adverse reactions to the administration of the vaccine. To be eligible for this temporary benefit, employees must (a) call and report off to their location supervisor or manager; (b) produce a copy of their COVID-19 Vaccination Record Card to the employee's location supervisor or management promptly upon the employee's return to work; and (c) utilize the temporary benefit within forty-eight (48) hours of the date of receipt of the vaccine dose. Additionally, any employee who received a vaccine prior to the effective date of this Policy and utilized sick or vacation time from their sick or vacation bank due to side effects or other adverse reactions to the administration of a vaccine will be entitled to receive excused with pay time for those days and have those days

utilized restored to their sick or vacation bank upon providing a copy of their COVID-19 Vaccination Record Card to the employee's location supervisor or management for Payroll corrective purposes no later than thirty (30) days from the effective date of this Mandate Policy, as defined in Section XIV of this Mandate Policy. The benefits available to employees under Section VIII of this Policy will expire at midnight on March 15, 2022. This temporary benefit is limited to initial vaccine doses only, and it is not available for obtaining voluntary booster shot doses.

IX.  **Lump Sum Incentive Payment to obtain a booster shot.** As of December 9, 2021, the CDC has recommended that all adults receive a COVID-19 booster shot. At this time, and subject to further CDC action, a booster shot is still considered voluntary under this Mandate Policy. All hourly employees and salaried employees, excluding the Chief Executive Officer and Senior Staff, who are eligible or become eligible to receive a vaccine booster shot that schedule and obtain a vaccine booster shot will receive a lump sum booster shot incentive payment of $100.00, subject to taxes and any other required deductions, upon providing written proof of a fully completed vaccine booster shot consistent with the procedures set forth in Section VII of this Mandate Policy. The benefits available to employees under Section IX of this Mandate Policy will continue until further notice. Employees who have already received the $100.00 payment prior to the adoption of this Mandate Policy will not be eligible for any additional payment.

X.  **Company Paid Days Off if fully vaccinated and contract COVID-19.** Effective as of October 1, 2021 and continuing under this Mandate Policy, any employee who is fully vaccinated, as defined in Section III of this Mandate Policy, and contracts COVID-19 will be eligible to receive up to five (5) days total excused with pay days off while actively sick with or otherwise under medically directed quarantine due to a positive COVID-19 test. To receive this benefit, employees must present medical documentation to the Medical Office establishing their COVID-19 positive test and having to be off to recover from being sick or otherwise due to a medically directed quarantine. The benefits available to employees under Section X of this Mandate Policy will continue until further notice, and this benefit is available for up to 5 days total per unique COVID-19 infection or reinfection with appropriate supporting documentation submitted to the Medical Office.

XI.  **Additional Vaccine Incentive Payment for Meeting Total Active Workforce Vaccination Rates.** In addition to the other incentives provided in this Mandate Policy, Port Authority will also provide the following additional incentive payments to all employees who have submitted proper documentation of being

fully vaccinated, as defined in Section III of this Mandate Policy, as of the date Port Authority's total active workforce reaches the following vaccination rates:

- 75% of Port Authority's Total Active Workforce Fully Vaccinated = Port Authority will pay all employees who have submitted proper documentation of being fully vaccinated as of the date that Port Authority reaches 75% an additional $150.00; and

- 85% of Port Authority's Total Active Workforce Fully Vaccinated = Port Authority will pay all employees who have submitted proper documentation of being fully vaccinated as of the date that Port Authority reaches 85% an additional $150.00.

XII. **Vaccine Mandate for new hires.** Subject to all applicable laws, any individual offered employment with Port Authority on or after February 1, 2022 will be required to be fully vaccinated *prior* to the individual's employment start date. Conditional offers of employment will state that candidates must provide written proof of being fully vaccinated, as defined in Section III of this Mandate Policy, by their intended employment start date as a condition of being hired and employed by Port Authority. New hire employees who are fully vaccinated or become fully vaccinated prior to their start date will be eligible for the benefits provided under Sections IV, VIII and X of this Mandate Policy if still in effect as of the subject new employee's employment start date.

XIII. **Vaccination Education.** Information regarding the known benefits and risks of vaccinations, contraindications of the vaccine, vaccination dosage requirements, and other information pertinent to the use and administration of vaccines has been consolidated on the CDC's website and is currently available at the following link: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html. Additional information is also available on both the Pennsylvania Department of Health and Allegheny County Department of Health websites. Employees are also strongly encouraged to consult with their health care provider(s) if they have any remaining questions or concerns regarding COVID-19 vaccinations.

XIV. **Policy Issuance and Administration.** This Mandate Policy is issued and effective as of February 1, 2022. The Human Resources Division will administer this Policy in consultation with Port Authority's System Safety and Legal Departments, along with relevant management personnel. Port Authority reserves the right to amend and/or terminate, in whole in part, the Mandate Policy in its discretion at any time with notice to employees and labor unions representing same. This Mandate Policy replaces Port Authority's prior voluntary vaccination policy in its entirety.

XV. **Policy Subject to Applicable Law.** This Mandate Policy remains subject at all times to applicable federal, state and local laws, regulations, ordinances and orders. Should a federal, state or local government entity issue a vaccine mandate applicable to all or a portion of Port Authority's workforce that is inconsistent with this Mandate Policy in any manner, that vaccine mandate shall supersede the relevant portion(s) of this Mandate Policy.

**General Notice #11-109**
**Issue Date: 2/1/2022**
**Effective Date: 2/1/2022**

## Important COVID-19 Update: NEW Mandatory Vaccine Policy for All Port Authority Employees and New Hire Candidates
### (Fully Voids and Replaces GN #11-104-A)

To protect the health, welfare and safety of its employees and customers as the COVID-19 pandemic persists, Port Authority is replacing its prior voluntary COVID-19 vaccination policy with a Mandatory COVID-19 Vaccination Policy effective February 1, 2022 ("Mandate Policy"). **Pursuant to the Mandate Policy, Port Authority is now requiring all of its active employees to be and provide proof of being fully vaccinated by no later than midnight on March 15, 2022. Failure to comply with this vaccination mandate could result in disciplinary action up to and including termination.** Port Authority will consider medical and religious exemption requests as required by applicable law; additional information is provided herein and in the Mandate Policy itself concerning the procedure and forms for submitting an exemption request.

A copy of the full Mandate Policy is available from your location management and on Crossroads under "Corporate Policies" > "Administratively Issued Policies" at the following link:
https://crossroads.portauthority.org/sites/executiveoffice/Pages/Home.aspx.

Other key information from the Mandate Policy includes the following:

1. **Definition of "Fully Vaccinated":** For purposes of the Mandate Policy and subject to further Centers for Disease Control and Prevention ("CDC") action, "fully vaccinated" shall mean having received 2 doses of the Pfizer or Moderna COVID-19 Vaccine or 1 dose of the Johnson and Johnson COVID-19 Vaccine.

2. **Lump Sum Payment Incentive:** Any and all represented and non-represented employees, excluding the Chief Executive Officer and Division Chiefs, who are and submit written proof of being fully vaccinated by March 15, 2022, will receive a lump sum payment of $200.00, subject to taxes and any other required deductions. To receive the vaccine incentive payment, employees should provide a copy of their completed COVID-19 Vaccination Record Card to their manager or supervisor no later than 20 days from when their full vaccination is completed. The manager or supervisor should then forward a copy of all completed COVID-19 Vaccination Record Cards received from employees to the Employee Relations Representative for their location, who will then forward them to Lindsay Nicol, FMLA/Attendance Supervisor. Managers and supervisors for Police and Non-Represented employees should forward a copy of all completed COVID-19 Vaccination Record Cards received from employees directly to Lindsay Nicol, FMLA/Attendance Supervisor. The $200.00 payment will then be made to the employee in the pay period cycle following the employee's submission of their Vaccination Record Card copy.

(This Notice replaces and supersedes [any prior notice whi]ch may be inconsistent herewith.)

EXHIBIT 2

Employees who have already received the $200.00 payment prior to the adoption of this Mandate Policy will not be eligible for any additional payment.

3. **Excused Days for Vaccine Side Effects or Adverse Reactions:** Any and all represented and non-represented employees, excluding the Chief Executive Officer and Division Chiefs, who obtain a 2-shot Pfizer or Moderna or 1-shot Johnson and Johnson COVID-19 vaccine dose and experience any side effects or adverse reactions can also receive up to 2 excused with pay days – to a maximum of 4 excused with pay days for a 2-dose vaccine. To receive these excused with pay days, the employee must: (a) promptly call off to their manager or supervisor advising they are experiencing vaccine side effects or an adverse reaction; (b) produce a copy of their COVID-19 Vaccination Record Card to the employee's manager or supervisor promptly upon returning to work; and (c) use the excused with pay days within 48 hours of the date the vaccine dose was received. The manager or supervisor should then forward a copy of the COVID-19 Vaccination Record Cards received from employees to the Employee Relations Representative for their location, who will then forward them to Lindsay Nicol, FMLA/Attendance Supervisor. Managers and supervisors for Police and Non-Represented employees should forward a copy of the COVID-19 Vaccination Record Cards received from employees directly to Lindsay Nicol, FMLA/Attendance Supervisor. This temporary benefit is limited to initial vaccine doses only, and it is not available for obtaining voluntary booster shot doses.

4. **Medical and Religious Exemption Requests:** As required by applicable law, Port Authority will also consider medical and religious exemption requests. A copy of Port Authority's Forms for considering such requests are available from your location management or on Crossroads under "Administratively Issued Policies" at the following link: https://crossroads.portauthority.org/sites/executiveoffice/PoliciesAndProcedures/Forms/AllItems.aspx. Exemption forms must be completed and submitted, as detailed more fully in the Forms, by no later than February 18, 2022 to ensure timely review and consideration prior to March 15, 2022.

5. **Lump Sum Incentive Payment to obtain a booster shot:** As of December 9, 2021, the CDC has recommended that all adults receive a COVID-19 booster shot. At this time, and subject to further CDC action, a booster shot is still considered voluntary under this Mandate Policy. All hourly employees and salaried employees, excluding the Chief Executive Officer and Senior Staff, who are eligible or become eligible to receive a vaccine booster shot that schedule and obtain a vaccine booster shot will receive a lump sum booster shot incentive payment of $100.00, subject to taxes and any other required deductions, upon providing written proof of a fully completed vaccine booster shot consistent with the procedures set forth in the Mandate Policy. Employees who have already received the $100.00 payment prior to the adoption of this Mandate Policy will not be eligible for any additional payment.

(This Notice replaces and supersedes any on the same subject which may be inconsistent herewith.)

6. **Company Paid Days Off if fully vaccinated and contract COVID-19.** Effective as of October 1, 2021 and continuing under this Mandate Policy, any employee who is fully vaccinated and contracts COVID-19 will be eligible to receive up to five (5) days total excused with pay days off while actively sick with or otherwise under medically directed quarantine due to a positive COVID-19 test. To receive this benefit, employees must present medical documentation to the Medical Office establishing their COVID-19 positive test and having to be off to recover from being sick or otherwise due to a medically directed quarantine. The benefits available to employees under this section of the Mandate Policy will continue until further notice, and this benefit is available for up to 5 days total per unique COVID-19 infection or reinfection with appropriate supporting documentation submitted to the Medical Office.

7. **Additional Vaccine Incentive Payment for Meeting Total Active Workforce Vaccination Rates:** In addition to the other incentives provided in the Mandate Policy, Port Authority will provide the following additional incentive payments to all employees who have submitted proper documentation of being fully vaccinated, as defined in the Mandate Policy, as of the date Port Authority's total active workforce reaches the following vaccination rates:

    - 75% of Port Authority's Total Active Workforce Fully Vaccinated = Port Authority will pay all employees who have submitted proper documentation of being fully vaccinated as of the date that Port Authority reaches 75% an additional $150.00; and

    - 85% of Port Authority's Total Active Workforce Fully Vaccinated = Port Authority will pay all employees who have submitted proper documentation of being fully vaccinated of the date that Port Authority reaches 85% an additional $150.00.

8. **Vaccine Mandate for New Hire Candidates.** Subject to all applicable laws, any individual offered employment with Port Authority on or after February 1, 2022 will be required to be fully vaccinated prior to the individual's employment start date. Conditional offers of employment will state that candidates must provide written proof of being fully vaccinated by their intended employment start date as a condition of being hired and employed by Port Authority. New hire employees who are fully vaccinated or become fully vaccinated prior to their start date will be eligible for the financial incentives and other temporary benefits provided under the Mandate Policy if still in effect as of the subject new employee's employment start date.

9. **Processing and Coding Instructions for Directors, Managers, Supervisors & Timekeepers:**

    a. **Vaccine Incentive Payment:** Upon receipt of completed COVID-19 Vaccination Record Cards from employees, the manager or supervisor should promptly a copy to the Employee Relations Representative for

(This Notice replaces and supersedes any on the same subject which may be inconsistent herewith.)

their location, who will then forward them to Lindsay Nicol, FMLA/Attendance Supervisor. Managers and supervisors for Police and Non-Represented employees should forward a copy of all completed COVID-19 Vaccination Record Cards received from employees directly to Lindsay Nicol, FMLA/Attendance Supervisor.

b. **Vaccine Excused with Pay Days:** Please code any Vaccine Excused with Pay absences as follows: EWP or EPS with Project ID #4575 and activity ID #000000 for Non-Operator Employees. Operators should be coded EWP within HASTUS. The location and/or Department manager should notify the Employee Relations Representative for their location when an employee is being provided Vaccine Excused with Pay Days. The Employee Relations Representative then notify Lindsay Nicol, FMLA/Attendance Supervisor of the excused with pay absence. Managers and supervisors for Police and Non-Represented employees should directly notify Lindsay Nicol, FMLA/Attendance Supervisor, of such Vaccine Excused with Pay Day absences.

c. **Vaccine Booster Shot Incentive Payment:** Upon receipt of completed COVID-19 Vaccination Record Cards evidencing that the subject employee has received a booster shot, the manager or supervisor should promptly forward a copy to the Employee Relations Representative for their location, who will then forward them to Lindsay Nicol, FMLA/Attendance Supervisor. Managers and supervisors for Police and Non-Represented employees should forward a copy of all completed COVID-19 Vaccination Records Cards with proof of the subject employee receiving a booster shot directly to Lindsay Nicol, FMLA/Attendance Supervisor.

d. **Fully Vaccinated and COVID-19 Positive Excused with Pay Days:** Please code any fully vaccinated and COVID-19 positive Excused with Pay absences as follows: EWP or EWS with Collecting AFE/Project ID #4589.

10. **Additional Information on COVID-19 Vaccines:** Employees are strongly encouraged to review information concerning the COVID-19 vaccines on the federal CDC website, Pennsylvania Department of Health's website, and Allegheny County Department of Health's website prior to obtaining a vaccine. Employees who have additional questions or concerns regarding COVID-19 vaccines should consult with their medical provider.

11. **Mandate Policy Effective Date:** This Mandate Policy is issued and effective as of February 1, 2022. The Human Resources Division will administer this Policy in consultation with Port Authority's System Safety and Legal Departments, along with relevant management personnel. Port Authority reserves the right to amend and/or terminate, in whole in part, the Mandate Policy in its discretion at

any time with notice to employees and labor unions representing same. This Mandate Policy replaces Port Authority's prior voluntary vaccination policy in its entirety.

_____
Michael Heidkamp
Chief Operating Officer – Transportation

_____
Donald A. Rivetti, Jr.
Chief Operating Officer - Maintenance

/s/ *Inez Colon*
_____
Inez Colon
Chief Human Resources Officer

/s/ *Michael Cetra*
_____
Michael Cetra
Chief Legal Officer

/s/ *Burton Jennings*
_____
Burton Jennings
Chief Safety Officer

(This Notice replaces and supersedes any on the same subject which may be inconsistent herewith.)



KATHARINE KELLEMAN
*Chief Executive Officer*
Direct Phone: 412.566.5186
Direct E-Mail: KKelleman@PortAuthority.org

SENT VIA FIRST-CLASS U.S. MAIL, POSTAGE PRE-PAID

February 1, 2022

[INSERT PORT AUTHORITY EMPLOYEE NAME AND
HOME MAILING ADDRESS]

**Re: Port Authority's New Mandatory COVID-19 Vaccination Policy**

Dear Valued Colleague:

First, I would like to thank you for your professionalism and diligence as Port Authority has continued to work through the challenges and difficulties presented by the COVID-19 pandemic. As you know, Port Authority adopted a vaccination policy in March of 2021 that included financial and other incentives for employees who were strongly encouraged to and did receive a COVID-19 vaccination.

While this voluntary policy was somewhat effective, with over 1,900 Port Authority employees, or approximately 75% of Port Authority's active work force having been vaccinated as of the date of this letter, Port Authority still has hundreds of employees who have not been vaccinated. What has become clear from the relevant federal, state and local public health authorities over the past several months is getting vaccinated will help stem the further spread of COVID-19, and as new variants continue to emerge and cause further "breakthrough" cases, help significantly reduce one's risk of serious illness, hospitalization or death if they do contract COVID-19.

Unfortunately, at Port Authority, this risk of serious illness, hospitalization or death for the unvaccinated has become a stark reality. Since July 1, 2021, when vaccines were widely available across Southwestern Pennsylvania, three Port Authority employees contracted and ultimately died from COVID-19. All three employees were unvaccinated. We are also aware of another unvaccinated employee who was hospitalized for several weeks and is currently continuing a long recovery from COVID-19.

Heinz 57 Center 345 Sixth Avenue Floor 3 Pittsburgh PA 15222-2527 Phone 412.566.5500 PortAuthority.org



EXHIBIT 3

COVID-19 Mandatory Vaccination Policy
February 1, 2022
Page 2

After due consideration and for the further protection of the health, welfare, and safety of Port Authority's employees and the diverse riding public that we serve, Port Authority has adopted a Mandatory Vaccination Policy effective February 1, 2022 that requires all active Port Authority employees to be fully vaccinated by midnight on March 15, 2022. A copy of the Mandate Policy and related recently issued General Notice are enclosed for your review and reference.

Please note that failure to be and provide Port Authority with evidence of being fully vaccinated by March 15, 2022 could subject unvaccinated employees to disciplinary action, up to including termination. In accordance with applicable law, Port Authority will consider medical and religious exemption requests and further details concerning obtaining the forms for same are provided in the Mandate Policy.

While I know some employees still have concerns about receiving a COVID-19 vaccine, I encourage you to review the large amount of vaccination information available on the federal Centers for Disease Control and Prevention's website, along with the Pennsylvania Department of Health and Allegheny County Department of Health's websites. And, of course, you should consult with your medical provider(s) if you have continuing questions or concerns.

I am hopeful that all employees will comply with Port Authority's new Mandate Policy for the protection of each employee, our customers, families and loved ones. Should you have any questions concerning the Mandate Policy, I would encourage you to speak to your location management or location Employee Relations Representative.

Very Truly Yours,

Katharine Kelleman
Chief Executive Officer

Enclosures –
*General Notice re: NEW Mandatory COVID-19 Vaccination Policy*
*COVID-19 Mandatory Vaccination Policy*