IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB MEINERT, as Class Representative individually and on behalf of those Plaintiffs who submitted a religious exemption and were fired, and NICHOLAS SCHALLUS, as Class Representative individually and on behalf of those Plaintiffs who submitted a medical exemption and were fired,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PORT AUTHORITY OF ALLEGHENY COUNTY d/b/a Pittsburgh Regional Transit,<br><br>　　　　　　Defendant. | No.: 2:22-cv-01736-RJC<br><br>Judge Robert J. Colville |

## ORDER OF COURT

AND NOW, this 26th day of September, 2024, upon consideration of Plaintiffs, Jacob Meinert, as Class Representative individually and on behalf of those Plaintiffs who submitted religious exemptions and were fired, and Nicholas Schallus', as Class Representative individually and on behalf of those Plaintiffs who submitted a medical exemption and were fired, Motion for Partial Summary Judgment (ECF No. 49), and Defendant, Port Authority of Allegheny County d/b/a Pittsburgh Regional Transit's, Motion to Sever Claims of Plaintiffs (ECF No. 54), and for the reasons set forth in this Court's Opinion of the same date, it is hereby ORDERED that:

1) Plaintiffs' Partial Motion for Summary Judgment (ECF No. 49) is DENIED; and

2) Defendant's Motion to Sever (ECF No. 54) is DENIED, without prejudice.

BY THE COURT:

*/s/ Robert J. Colville*
Robert J. Colville
United States District Judge

cc: All counsel of record